# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRADLEY BOZARTH,
              Appellant,
vs.
THE STATE OF NEVADA,
              Respondent.

No. 75543

**FILED**

MAY 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to remove enhancement of special sentence of lifetime sentence of supervision pursuant to NRS 213.1243." Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____
Parraguirre

_____, J.
Stiglich

cc:   Hon. Kenneth C. Cory, District Judge
      Hon. Joseph T. Bonaventure, Senior Judge
      Bradley Bozarth
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

18-19281